# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 05/29/2024 |
| Case: 24−03049 | Form ID: 318 | Total: 116 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
30689327   Start Smiling Dental
30689328   Start Smiling Dental Implan Centers
                                                                                                                     TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty         Konstantine T. Sparagis        gsparagi@yahoo.com
                                                                                                                     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Paul S Petrungaro         403 N Wabash, Apt. 10B        Chicago, IL 60611
tr          Ariane Holtschlag, trustee        105 W Madison Suite 2300        Chicago, IL 60602
30689269    1 S 660 Midwest Rd. LLC         1700 N. Farnsworth Ave        Suite 11        Aurora, IL 60505
30689270    Advantage Platform Services Inc.        c/o Park Avenue Recovery, LLC        104 E. 25th Street, 10th Floor        New York, NY 10010
30689271    Affirm, Inc.        Attn: Bankruptcy        650 California St, Fl 12        San Francisco, CA 94108
30690853    Ally Bank        AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
30689272    Ally Financial, Inc        Attn: Bankruptcy        500 Woodard Ave        Detroit, MI 48226
30689273    Altus Receivables Management        2121 Airline Dr.        Suite 520        Metairie, LA 70001
30689274    Altus Receivables Management        2121 Airline Dr.        Suite 520        Metairie, LA 70001
30863272    Annalise Elizabeth−Arps Delzer        9094 E China Grove Lane        Inverness, Fl 34450
30689275    Barclays Bank Delaware        Attn: Bankruptcy        125 South West St        Wilmington, DE 19801
30689276    Barclays Bank Delaware        Attn: Bankruptcy        125 South West St        Wilmington, DE 19801
30689277    BioHorizons Dental Implants, Inc.        c/o Teller Levitt        19 S LaSalle St., Ste. 701        Chicago, IL 60603
30689278    BonaDent Dental Laboratories        444 West Lake St        Suite 3200        Chicago, IL 60606
30689279    Camoli Investments LLC        Po Box 23200        Louisville, KY 40223
30689280    Chase Auto Finance        Attn: Bankruptcy        Po Box 901076        Fort Worth, TX 76101
30689281    Chase Card Services        Attn: Bankruptcy        P.O. 15298        Wilmington, DE 19850
30689282    Chase Card Services        Attn: Bankruptcy        P.O. 15298        Wilmington, DE 19850
30689283    Chicagoland Implant Specialist, Ltd        330 N Frontage Rd., #2B        Northfield, IL 60093
30689284    Christina Campus        c/o Anthony E Blumberg Esq        20 S Clark St., Ste. 1800        Chicago, IL 60603
30689285    Codogan Tate        322 N Leavit St.        Chicago, IL 60612
30689286    Comar Properties, Inc.        17W220 22nd St.        Oakbrook Terrace, IL 60181
30689287    Credit One Bank        Attn: Bankruptcy Department        6801 Cimarron Rd        Las Vegas, NV 89113
30689288    Credit One Bank        Attn: Bankruptcy Department        6801 Cimarron Rd        Las Vegas, NV 89113
30689289    Credit One Bank        Attn: Bankruptcy Department        6801 Cimarron Rd        Las Vegas, NV 89113
30689290    Cyrus Artisan Rugs        5115 American Blvd W        Minneapolis, MN 55437
30689291    Daniela Alexander        c/o Anthony E Blumberg Esq        20 S Clark St., Ste. 1800        Chicago, IL 60603
30689292    Danielle Youker        19360 E Brandyview Dr.        Gobles, MI 49055
30689293    Discover Financial        Attn: Bankruptcy        Po Box 3025        New Albany, OH 43054
30689296    ERC Specialists        102 South East        Suite 800        Salt Lake City, UT 84111
30689295    Eastern Account System, Inc.        Attn: Bankruptcy        111 Park Ridge Rd        Brookfield, CT 06804
30689297    Ethan Dohner        c/o Illinois Dept of Labor        160 N LaSalle St., Ste. C−1300        Chicago, IL 60601
30689298    Finkel Whitefield Feldman        32300 Northwestern Highway        Suite 200        Farmington Hills, MI 48334
30689299    First Merchants Bank        PO Box 549        Daleville, IN 47334
30689300    Focus First Agency        6661 S. Magnolia Ct.        Centennial, CO 80111
30689301    Franklin Capital Management LLC        c/o Bodman PLC/J Adam Behrendt        201 W Big Beaver, Ste. 500        Troy, MI 48084
30689302    Frontage Medical Building, LLC        c/o Bauch & Michaels        53 W Jackson Blvd., Suite 1115        Chicago, IL 60604
30689303    Goldman Sachs Bank USA        Attn: Bankruptcy        Po Box 70379        Philadelphia, PA 19176
30689304    Hewlett−Packard Financial Services        661 Franklin Ave        Nutley, NJ 07110
30689309    IOU Central, Inc.        1170 Peachtree Street        Suite 1925        Atlanta, GA 30309
30689310    IOU Financial Inc        12 Powder Springs Street, Suite 240        Marietta, GA 30064
30689305    Illinois Department of Labor        160 N. LaSalle St.        Ste. C−1300        Chicago, IL 60601
30689306    Illinois Department of Revenue        Bankruptcy Unit        PO Box 19035        Springfield, IL 62794
30689307    Illinois Department of Revenue        PO Box 19035        Springfield, IL 62794
30689308    Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101
30800973    JPMorgan Chase Bank, N.A.        c/o Manley Deas Kochalski LLC        P.O. Box 165028        Columbus, OH 43216−5028
30863271    Laboratory Corp of America Holdings        P O Box 2240        Burlington NC 27216
30689311    Laura Gagliardi        17 W 250 Oaktail        Bensenville, IL 60106
30689312    Letitia Murphy        4 E Elm St., #16S        Chicago, IL 60611
30689313    Letitia Murphy        4 E Elm St., #16S        Chicago, IL 60611
30689314    LoanMe, Inc.        Attn: Bankruptcy        1900 S State College Blvd        Anaheim, CA 92806

| | | | | |
|---|---|---|---|---|
| 30689315 | LoanMe, Inc. | Attn: Bankruptcy | 1900 S State College Blvd | Anaheim, CA 92806 |
| 30689316 | Mantis Funding | 2700 N Military Trl #450 | Boca Raton, FL 33431 | |
| 30689317 | Margaret Rajkiewicz | c/o Anthony E Blumberg Esq | 20 S Clark St., Ste. 1800 | Chicago, IL 60603 |
| 30863270 | MedPro Group | 5814 Reed Rd | Fort Wayne, IN 46835 | |
| 30863269 | Noris Medical Inc | C/O Atradius Collections | 3500 Lacey Rd Ste 220 | Downers Grove, IL 60515 |
| 30785631 | North American Bancard | 250 Stephenson Hwy | Troy MI 48083 | |
| 30689318 | Norwich Property Investments, LLC | 1061 N Spaulding Ave. | Los Angeles, CA 90046 | |
| 30689319 | Oscar Isberian Rugs, Inc. | 29 N. Wacker Dr.   #1010 | Chicago, IL 60606 | |
| 30689320 | Papas Accounting Group | 17W729 A Roosevelt Rd. | Oakbrook Terrace, IL 60181 | |
| 30689321 | Park Avenue Recovery, LLC | 104 E. 25th Street, 10th Floor | New York, NY 10010 | |
| 30689322 | Paychex, Inc. | 721 East Madison St.   Suite 200 | Villa Park, IL 60181 | |
| 30689323 | Putnam Leasing | 500 W Putnam Ave. | Greenwich, CT 06830 | |
| 30863268 | Robert Bircher | C/O Palermo Law Group | 1415 W 22nd St Tower Floor | Oak Brook IL 60523 |
| 30689324 | Silverline Services, Inc. | 136 Madison Ave   6th Floor | New York, NY 10016 | |
| 30689325 | SoCal Gas | 555 W 5th St. | Los Angeles, CA 90013 | |
| 30778322 | SoCalGas | P.O Box 30337 | Los Angeles CA 90030 | |
| 30689326 | Southern California Edison | 2244 Walnut Grove Ave. | Rosemead, CA 91770 | |
| 30689329 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689330 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689331 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689332 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689333 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689334 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689335 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689336 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689337 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689338 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689339 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689340 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689341 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689342 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689343 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689344 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689345 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689346 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689347 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689348 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689349 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689350 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689351 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689352 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689353 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689354 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689355 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689356 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689357 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689358 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689359 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689360 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689361 | Start Smiling Dental Implant Center | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689362 | Start Smling Dental Implant Centers | 1S660 Midwest Rd., #205 | Villa Park, IL 60181 | |
| 30689363 | Steve Titiner | 1700 N Fransworth, Ste. 11 | Aurora, IL 60505 | |
| 30689364 | Transworld Systems, Inc. | 500 Virginia Ste. 514 | Fort Washington, PA 19034 | |
| 30689365 | Tribune Media Company | 180 W. Washting St.   #1000 | Chicago, IL 60602 | |
| 30689366 | U.S. Bank Equipment Finance | 444 N. Michigan Ave.   Suite 3270 | Chicago, IL 60618 | |
| 30689367 | US Bank NA | BK Dept. PO Box 108 | Saint Louis, MO 63166 | |
| 30689368 | Victoria Campus | c/o Anthony Blumberg | 20 S Clark St., Ste 1800 | Chicago, IL 60603 |
| 30689369 | WebBank/OneMain | Attn: Bankruptcy | 215 South State Street, Suite 1000 | Salt Lake City, UT 84111 |
| 30689370 | Wells Fargo Bank, N.A. | Po Box 77101 | Minneapolis, MN 55480 | |
| 30689371 | Winglake Financial | 32300 Northwestern Hwy, Suite 215 | Farmington, MI 48334 | |
| 30689372 | Xerox Financial Service LLC | c/o Cohn & Dussi | 536 Atwells Ave., Suite 1 | Providence, RI 02909 |
| 30689294 | dkl GC Services, LLC | c/o Fox Rothschild | 321 N Clark St., Suite 1600 | Chicago, IL 60654 |

TOTAL: 113