Form 85 (20241101)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )            Case Number:  24-3049
Paul S Petrungaro )
)
)            Chapter:   7
)
)            Honorable Donald R. Cassling
)
Debtor(s) )

## ORDER TO REOPEN CASE

This cause coming on Creditor Robert Bircher's Motion to Re-open Debtor's Chapter 7 case, for the limited purpose of filing a Motion for Relief from the Automatic Stay to Pursue Debtor's Claim solely against Debtor's malpractice insurance, due notice given and the Court fully advised:

IT IS HEREBY ORDERED:

Debtor's Chapter 7 case is Re-Opened for the limited purpose of allowing Creditor Robert Bircher to file a Complaint in State Court solely for the limited purpose of pursuing recovery from Debtor's malpractice insurance company, if any, and not against Debtor individually in personam.  So long as the action is not against Debtor individually, the complaint shall not violate the Automatic Stay nor the Discharge Entered in this matter.

Following entry of this order, the Bankruptcy Clerk's office shall close the case as soon as practicable.

Enter: *Donald R. Cassling*

Donald R. Cassling
United States Bankruptcy Judge

Dated: February 20, 2025

**Prepared by:**

Jeffrey S Harris
Attorney for Robert Bircher
ARDC #6197483
570 Lake Cook Rd. #300
Deerfield, IL 60015
(708) 343-9800